# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

May 19, 2011

**Before**

JOEL M. FLAUM, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 10-2980

| | |
|---|---|
| be2 LLC and be2 HOLDING, A.G., <br>       *Plaintiffs-Appellees*, <br><br>    *v.* <br><br> NIKOLAY V. IVANOV, <br>       *Defendant-Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 1:10-CV-01650 <br><br> **Milton I. Shadur**, <br> *Judge*. |

## O R D E R

The slip opinion issued on April 27, 2011 is amended as follows:

On page 5, footnote number 1 is deleted in its entirety.